THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00276-MR-DLH

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| OMEGA FLEX, INC., RB'S GAS INC., | ) | |
| McNUTT SERVICE GROUP, INC., | ) | |
| S. FOX ELECTRIC, LLC, and RIVER | ) | |
| CANE BUILDERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant McNutt Service Group, Inc.'s Notice of Bankruptcy [Doc. 4].

The pending bankruptcy proceedings of Defendant McNutt Service Group, Inc. require that the action be stayed as to this Defendant.

**IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to Defendant McNutt Service Group, Inc. only.

**IT IS SO ORDERED.**

Signed: November 12, 2013

Martin Reidinger
United States District Judge