IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 276

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| OMEGA FLEX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Sarah M. Bowman's Application for Admission to Practice *Pro Hac Vice* of William Duffie Powers. It appearing that Willian Duffie Powers is a member in good standing with the South Carolina State Bar and will be appearing with Sarah M. Bowman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sarah M. Bowman's Application for Admission to Practice *Pro Hac Vice* (#12) of William Duffie Powers is

**GRANTED**, and that William Duffie Powers is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sarah M. Bowman.

Signed: December 10, 2013

Dennis L. Howell
United States Magistrate Judge