THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00276-MR-DLH

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| OMEGA FLEX, INC.; RB'S GAS, INC.; McNUTT SERVICES GROUP, INC.; S. FOX ELECTRIC, LLC; and RIVER CANE BUILDERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Mediator's Report [Doc. 77] advising that this matter has been completely settled.

In light of the parties' settlement, the Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: September 5, 2014

Martin Reidinger
United States District Judge