THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00276-MR-DLH

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>OMEGA FLEX, INC.; RB'S GAS, INC.; )<br>McNUTT SERVICES GROUP, INC.; S. )<br>FOX ELECTRIC, LLC; and RIVER CANE )<br>BUILDERS, LLC, )<br> )<br>    Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

By an Order entered September 5, 2014, the parties were directed to file a stipulation of dismissal within thirty days. [Doc. 78]. More than thirty days have passed, and the parties have yet to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal in this case within seven (7) days of the entry of this Order. **The Plaintiff is advised that failure to file a stipulation within the time required will result in the dismissal of this action.**

IT IS SO ORDERED.

Signed: October 13, 2014

Martin Reidinger
United States District Judge